ACCEPTED
12-15-00121-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/16/2015 2:13:34 PM
Pam Estes
CLERK

# No. 12-15-00121-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/16/2015 2:13:34 PM
PAM ESTES
Clerk

## In the Twelfth Court of Appeals
## Tyler, Texas

**Garry L. Rollins and Carla D. Rollins,**
*Appellants*

**v.**

**Texas College and MPF Investments, LLC,**
**d/b/a "A-1 Rent All,"**
*Appellees*

---

*Appealed from the 7th Judicial District Court*
*Smith County, Texas*

---

### APPELLEE TEXAS COLLEGE'S
### UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINE

---

Trey Yarbrough
Texas Bar No. 22133500
Dallas W. Tharpe
Texas Bar No. 24052036
YARBROUGH WILCOX GUNTER, PLLC
100 E. Ferguson, Suite 1015
Tyler, Texas 75702
Telephone: 903-595-3111
Facsimile: 903-595-0191

Greg Smith
Texas Bar No. 18600600
Nolan D. Smith
Texas Bar No. 24075632
RAMEY & FLOCK, P.C.
100 E. Ferguson, Suite 500
Tyler, Texas 75702
Telephone: 903-597-3301
Facsimile: 903-597-2413

ATTORNEYS FOR APPELLEE TEXAS COLLEGE

**To the Honorable Court of Appeals:**

Texas College asks the Court to extend the time for filing its appellee's brief by 30 days, to and including Wednesday, December 16, 2015.

## 1.
## Information Required by Rule 10.5

The following information supports this request.

(i)     Appellee's brief is currently due to be filed November 16, 2015.

(ii)    Texas College requests that the deadline for filing this brief be extended by 30 days, to Wednesday, December 16, 2015.

(iii)   This is Texas College's first request to extend the briefing deadline.

## 2.
## Facts Explaining the Need to
## Extend the Briefing Deadline

Counsel is unable to complete the brief and secure the necessary client review and approval by the current deadline. Besides work on this brief, Greg Smith, lead counsel on appeal, has been and will be required to divide his available briefing time among the following matters:

(i)     No. 12-14-00288-CV, *J. Mark Swinnea v. ERI Consulting Engineers, Inc. and Larry Snodgrass*, In the Twelfth Court of Appeals, Tyler, Texas (*oral argument*);

(ii)    No. 12-14-00323-CV, *David Tubb, et al., v. Aspect Intern., Inc., et al.*, In the Twelfth Court of Appeals, Tyler, Texas (*oral argument*);

1

(iii)    No. 81510; *Larry L. Legg v. Brookshire Grocery Company*, In the 62nd Judicial District Court of Lamar County, Texas (*trial*); and

(iv)    No. 14-0135, *Margaret Taylor Riess and Barrett Riess v. Petro Real, Inc.; James E. Hightower; and Lynn Bryant*, In the 3rd District Court of Houston County, Texas (*summary-judgment proceedings*).

**3.**

This motion is not sought solely for delay, but in the interest of justice and to ensure that Appellee's brief sufficiently aids the Court's decisional process.

**4.**
**Conference with Opposing Counsel**

Ernesto D. Sigmon, counsel for Appellants, and Levon G. Hovnatanian, counsel for MPF Investments, state that the relief requested in this motion is unopposed.

**5.**
**Conclusion and Prayer**

Appellee, Texas College, prays that the Court would extend the time for filing its appellee's brief by 30 days, to and including Wednesday, December 16, 2015.

Respectfully submitted,

   /s/ Greg Smith
Greg Smith
State Bar No. 18600600
Nolan Smith
State Bar No. 24075632
RAMEY & FLOCK, P.C.
100 East Ferguson, Suite 500
Tyler, TX 75702
Telephone: (903) 597-3301
Facsimile:  (903) 597-2413
gregs@rameyflock.com
nolans@rameyflock.com

Trey Yarbrough
State Bar No. 22133500
Dallas W. Tharpe
State Bar No. 24052036
YARBROUGH WILCOX GUNTER, PLLC
100 E. Ferguson, Suite 1015
Tyler, TX 75702
Telephone: (903) 595-3111
Facsimile:   (903) 595-0191
trey@yw-lawfirm.com
dallas@yw-lawfirm.com

**COUNSEL FOR APPELLEE,
TEXAS COLLEGE**

3

**Certificate of Service**

The undersigned certifies that a copy of the above and foregoing document was served upon counsel of record in accordance with the applicable Texas Rules of Civil Procedure on this the 16th day of November, 2015, on the following:

**Via E-Service**

Ernesto D. Sigmon                               esigmon@esigmon.com
Walker Sigmon
416 West Saulnier Street
Houston, Texas 77019


Levon G. Hovnatanian                       hovnatanian@mdjwlaw.com
Todd M. Lonergan                            lonergan@mdjwlaw.com
Martin, Disiere, Jefferson & Wisdom, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002


Ryan K. Geddie                               geddie@mdjwlaw.com
Martin, Disiere, Jefferson & Wisdom, L.L.P.
Tollway Plaza One
16000 N. Dallas Parkway, Suite 800
Dallas, Texas 75248



                                        ___/s/ Greg Smith_____
                                        Greg Smith